KATHRYNE S. TONTRUP et al., Appellants, *v.* RECTOR CHURCH WARDEN AND VESTRYMEN OF ST. BARTHOLOMEW'S CHURCH IN THE CITY OF NEW YORK, Respondents.

Argued November 30, 1943; decided January 13, 1944.

*Francis J. Hughes* for appellants.

*Lyman A. Spalding* and *Robert E. Curran* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, DESMOND and THACHER, JJ. CONWAY, J., dissents on the ground questions of fact were presented for the jury as to defendants' negligence and plaintiff's freedom from contributory negligence.